

Stradley Ronon Stevens & Young, LLP

100 Park Avenue, Suite 2000
New York, NY  10017
Telephone  212.812.4124
Fax  646.682.7180
www.stradley.com

November 23, 2020

**VIA ECF Filing**

The Honorable Vanessa L. Bryant
United States District Court
District of Connecticut
450 Main Street, Annex 135
Hartford, CT 06103

      Re:    *Eldridge v. CitiBank, N.A. and Cenlar FSB*
                Case No. 3:20-cv-01452 (VLB)
                **Consent Request to Extend Deadline for Responsive Pleading to Complaint**

Dear Judge Bryant:

      This firm represents defendant Cenlar FSB ("Defendant") in the above referenced matter currently pending before the Court. Presently, Defendant's response to Plaintiff's complaint is due November 29, 2020.  I have obtained the consent of Plaintiff's counsel for an extension of Defendant's time to respond to the Complaint up to and including December 29, 2020.

      There have been no prior requests for extensions. Opposing counsel consents to this request. Should the Court grant the requested extension, it will not affect any other scheduled dates. Defendant requests an extension of time to permit further investigation into the underlying factual allegations of Plaintiff's complaint, particularly whether Plaintiff's pre-petition and post-petition payments were sufficient to bring the loan current by the end of the bankruptcy.

      Therefore, Defendant respectfully requests an extension, up to and including December 29, 2020, to respond to the Complaint.

I thank the Court in advance for its consideration of this request.

                                Respectfully submitted,

                                /s/ *Lijue T. Philip*

*cc* (via ECF): Joshua B. Kons

Philadelphia, PA • Harrisburg, PA • Malvern, PA • Cherry Hill, NJ • Wilmington, DE • Washington, DC • New York, NY • Chicago, IL
A Pennsylvania Limited Liability Partnership
MERITAS LAW FIRMS WORLDWIDE

4812769v.1